74413. FLOWERY BRANCH NURSING CENTER v. AMERICAN CENTENNIAL INSURANCE COMPANY et al.

(373 SE2d 399)

BENHAM, Judge.

This court having entered on November 17, 1987, a judgment in the above-styled case (185 Ga. App. 188 (363 SE2d 580) (1987)), reversing the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *American Centennial Ins. Co. v. Flowery Branch Nursing Center*, 258 Ga. 222 (367 SE2d 788), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Banke, P. J., and Carley, J., concur.*

DECIDED SEPTEMBER 6, 1988.

*Thomas C. Holcomb, Jeffrey E. Hickcox*, for appellant.
*Richard G. Farnsworth, John M. Williams, Benjamin H. Terry, Douglas E. Smith*, for appellees.